BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**GEOFFREY A. BARROW**
**ETHAN D. KNIGHT, OSB #99298**
**CRAIG J. GABRIEL, OSB #01257**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
craig.gabriel@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:16-CR-00051-BR |
| v. | |
| **AMMON BUNDY, et al.,** | **GOVERNMENT'S STATUS REPORT REGARDING EVIDENCE PROCESSING AND CRIME SCENE ACCESS** |
| **Defendants.** | |

    The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and through Geoffrey A. Barrow, Ethan D. Knight, and Craig J. Gabriel, Assistant United States Attorneys, hereby files this Status Report Regarding Evidence Processing and Crime Scene Access.

    On February 16, 2016, the government notified this Court and the parties that the FBI Evidence Response Team (ERT) began processing crime scenes at the Malheur National Wildlife Refuge (MNWR) on February 13, 2016. At that time, the government estimated that it would

take the ERT twenty-one days to complete its work. The government can now report that the ERT completed its work earlier today. The FBI has turned control of the Refuge over to the U.S. Fish and Wildlife Service.

On Monday, February 22, 2016, the government contacted the defendants' representatives for the site access issue, Lisa Hay and Amy Baggio, and offered to open the MNWR to defense counsel and their investigators. Through defendants' representatives, the government extended the offer to counsel in the related case, *United States v. Blaine Cooper, et al.*, 16-CR-00064-JO. The government has proposed the following:

1. The government will open the MNWR site for a single visit by defense attorneys and investigators between noon on Thursday, February 25, 2016, and 5:00 p.m. on Friday, February 26, 2016. Thereafter, government personnel will begin the process of restoring the MNWR and preparing the site so that it can be opened to the public.

2. During the visit, defense representatives may take photos and/or video, but will not be allowed to remove or disturb any items.

3. The defense teams will be escorted by federal law enforcement officers. The officers will provide access, but will not answer any substantive questions.

/ / /

/ / /

/ / /

/ / /

/ / /

**Government's Status Report Regarding Evidence Processing and**         **Page 2**
**Crime Scene Access**

The government is prepared to answer any additional questions regarding defense access to the MNWR site and the government's proposal at the hearing set for February 24, 2016.

Dated this 23rd day of February 2016.

Respectfully submitted

BILLY J. WILLIAMS
United States Attorney


*s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW
ETHAN D. KNIGHT, OSB #99298
CRAIG J. GABRIEL, OSB #01257
Assistant United States Attorneys
