BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #99298**
**GEOFFREY A. BARROW**
**CRAIG J. GABRIEL, OSB #01257**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
craig.gabriel@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:16-CR-00051-BR |
| v. | |
| **AMMON BUNDY,** **RYAN PAYNE,** **RYAN BUNDY,** **BRIAN CAVALIER,** **PETER SANTILLI, and** **BLAINE COOPER,** | **WRITS OF HABEAS CORPUS** *AD PROSEQUENDUM* |
| **Defendants.** | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and through Ethan D. Knight, Geoffrey A. Barrow, and Craig J. Gabriel, Assistant United States Attorneys, pursuant to the Court's Order (ECF No. 334), hereby files the attached Writs of Habeas Corpus *Ad Prosequendum* issued by the District of Nevada for defendants Ammon Bundy, Payne, Ryan Bundy, Cavalier, Santilli, and Cooper. Copies of the

Writs, unsealed in Nevada case number 2:16-cr-00046-GMN-PAL on March 24, 2016, were provided to the Portland office of the U.S. Marshals Service this date.

Dated this 24th day of March 2016.

                                      Respectfully submitted,

                                      BILLY J. WILLIAMS
                                      United States Attorney

                                       *s/ Craig J. Gabriel*
                                      ETHAN D. KNIGHT, OSB #99298
                                      GEOFFREY A. BARROW
                                      CRAIG J. GABRIEL, OSB #01257
                                      Assistant United States Attorneys