bundy, ryan c (Surname, Given)
dba RYAN C BUNDY – an individual registered
legal business entity – Entity ID 899817400022
Business mailing address of convenience:
6634 Marie Street
North Richland Hills, Texas
Business mobile: (817)891-5438 Business email:
c4cfforall@gmail.com juleembry@gmail.com

bundy, ryan c – Attorney (unlicensed) for Defendant

FILED13 OCT '16 16:03USDC-ORP

## AT THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br>   **an individual registered legal**<br>   **business entity DUNN AND BRADSTREET**<br>   **#052714196**<br>   Plaintiff,<br><br>v.<br><br>*RYAN BUNDY*<br>   **an individual registered legal**<br>   **business entity #899817400022**<br>   Defendant. | **LEGAL NOTICE TO COMPEL** |

### LEGAL NOTICE TO COMPEL

In violation of Due Process I am without evidence of:

1. Properly declared, by prosecutors, alleging issues for the record (Title 26 Section 6049 and 4701); and,
2. Bill of Particulars (in proper form with OMB#) of the proceeds, products, accounts, fixtures and services; and,
3. The disclosure of the first ledger entry allowing for the double booking journal; and,
4. The Commission on Uniform Securities Identification Process (CUSIP) numbers of any and all bonds; and,
5. Copy of the 1099OID filings; the complete audit trail, any and all vouchers; backend copies; omad, and omid; and,
6. Name of the damaged party, name of the issuer, name of the real party of interest, who is the holder of the account and name of who signed the forms generating the bonds as Attorney in fact; and,

7. A copy of the authorization, signed by agent for RYAN C BUNDY, for all transactions; and,
8. A copy of the superior pre-existing contract, contractual binding agreement, between UNITED STATES and RYAN C BUNDY with full disclosure, acceptance and consideration; and,
9. Certified and Apostilled copies of the oaths of the following actors:
    (a) Judge(s)
    (b) Clerk(s)
    (c) Prosecutor(s)
    (d) Marshall's and Deputies
    (e) Lisa Ludwig

Respectfully submitted,

Date: October 12, 2016

_____
bundy, ryan c doing business as RYAN C BUNDY
Registered Individual #899817400022
Recorded Instrument #D216232243 (Tarrant County, Texas)

## Verification

I certify the foregoing is true and correct and that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

*[signature]*

bundy, ryan c doing business as RYAN C BUNDY
#899817400022; recorded with the STATE OF TEXAS,
INSTRUMENT #D216232243

## Certificate of Service

This the 11th day of October, 2016 a true and correct copy of the foregoing was served to the court, and the following persons by email, first-class mail or better:

**Ethan D. Knight**
United States Attorney's Office
District of Oregon
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
(503) 727-1041
Fax: (503) 727-1117
Email: Ethan.Knight@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Geoffrey A. Barrow**
US Attorney's Office
District of Oregon
1000 SW Third Avenue
Suite 600
Portland, OR 97204
(503) 727-1017
Fax: (503) 727-1117
Email: geoffrey.barrow@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Scott E. Bradford**
United States Attorney's Office

1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
503-727-1040
Fax: 503-727-1117
Email: scott.bradford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig J. Gabriel**
U.S. Attorney's Office
1000 SW Third Avenue
Suite 600
Portland, OR 97204
503-727-1107
Fax: 503-727-1117
Email: craig.gabriel@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*