IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**          3:16-cr-00051-BR-5

      **Plaintiff,**                JUDGMENT

v.

**RYAN BUNDY,**

      **Defendant.**

**BROWN, Senior Judge.**

    On October 27, 2016, Defendant Ryan Bundy was found Not Guilty of Counts One and Two of the Superseding Indictment (#282).  The Court, therefore, enters a judgment of acquittal as to Counts One and Two of the Superseding Indictment.

    On June 10, 2016, the Court dismissed Count Three of the Superseding Indictment.  See Order (#671) Granting Motion to Dismiss, issued June 10, 2016.  The Court, therefore, enters a judgment of dismissal as to Count Three of the Superseding Indictment.

1 -   JUDGMENT

The jury did not reach any unanimous verdict as to Count Five of the Superseding Indictment. On January 23, 2018, the government filed an Unopposed Motion (#2420) to Dismiss Count Five of the Superseding Indictment in which the government moved to dismiss Count Five with prejudice. The Court granted that Motion. *See* Order (#2579), issued February 27, 2018. Accordingly, the Court enters a judgment of dismissal as to Count Five of the Superseding Indictment.

The underlying indictment is also dismissed as to Defendant Ryan Bundy.

Therefore, it is ORDERED and ADJUDGED that Defendant Ryan Bundy is acquitted, discharged, and any bond exonerated.

IT IS SO ORDERED.

DATED this 6th day of March, 2018.

_____
ANNA J. BROWN
Senior United States District Judge

2 - JUDGMENT