UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:16-CR-00051-BR |
| v. | **ORDER RELEASING SEALED FILTER DOCUMENTS TO ADDITIOANL AUSAS FOR THE PURPOSE OF PREPARING APPEAL** |
| **DARRYL THORN, et. al.,** | |
| **Defendant.** | |

This matter having come before the Court upon motion by the government for an order to unseal filter materials as to additional AUSAs, and the Court being fully advised and finding good cause:

IT IS HEREBY ORDERED that the documents and transcripts related to the filter proceeding that are currently under seal may be provided to AUSAs Kelly Zusman and Suzanne Miles, along with the attorneys previously designated, for purposes of preparing the appeal in this matter. The government will not release, publish or cause to be published any portion of these unsealed documents nor provide a copy to any person absent further order of this court.

Dated: October 23, 2019

_____
ANNA J. BROWN
Senior United Senior States District Judge

Presented by:
BILLY J. WILLIAMS
United States Attorney
*/s/ Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney

**PROPOSED ORDER**

Page 1
Revised March 2018